108 F.3d 1370
 NOTICE: THIS SUMMARY ORDER MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY, BUT MAY BE CALLED TO THE ATTENTION OF THE COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA. SEE SECOND CIRCUIT RULE 0.23.
UNITED STATES of America, Appellee,
v.
Stephen Brent HUTCHINS; Thomas Cook, also known as George
Wright and Gregory Stevens, Defendants,
William GREER, also known as Thomas William Dodds,
Defendant-Appellant.
 No. 97-1158.
 United States Court of Appeals, Second Circuit.
 March 19, 1997.
 
 1
 Appearing for Appellant: Robert I. Kalina, New York, New York.
 
 
 2
 Appearing for Appellee: David V. Kirby, Acting United States Attorney, District of Vermont, Burlington, Vermont.
 
 
 3
 WILFRED FEINBERG, RALPH K. WINTER, Circuit Judges, and MILTON POLLACK, District Judge.*
 
 
 4
 This cause came on to be heard on the transcript of record from the United States District Court for the District of Vermont and was argued.
 
 
 5
 ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the District Court is hereby affirmed.
 
 
 6
 We affirm for substantially the reasons stated by Judge Sessions in his opinion of March 14, 1997. See United States v. Greer, Criminal No. 2:95CR072 (D.Vt. Mar. 14, 1997). The mandate shall issue forthwith.
 
 
 
 *
 The Honorable Milton Pollack of the United States District Court for the Southern District of New York, sitting by designation